## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS – BENTON DIVISION

| | | |
|---|---|---|
| FCCI INSURANCE COMPANY<br>as subrogee of SCOTT A. TROVILLION<br><br>Plaintiff,<br><br>vs.<br><br><br>DEERE & COMPANY d/b/a<br>JOHN DEERE<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **STIPULATION FOR DISMISSAL<br>WITH PREJUDICE**<br><br>Case No: 3:18-cv-01327 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff, FCCI Insurance Company, as subrogee of Scott A. Trovillion, by and through undersigned counsel, and moves that, as a result of all matters at issue herein being resolved and settled between Plaintiff and Defendant Deere & Company d/b/a John Deere, that this Court may issue an order dismissing the entire action with prejudice, each party to bear its own costs and attorney's fees.

WHEREFORE, Plaintiff respectfully moves this Court to enter an order in accordance with this stipulation.

By: /s/ Jonathan M. Levy

Anthony J. Morrone
Jonathan M. Levy
COZEN O'CONNOR
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
Tel: (312) 382-3100
Fax: (312) 382.8910
e-mail: amorrone@cozen.com
e-mail: jlevy@cozen.com
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the Defendant via the Court's ECF system, electronic mail, and US mail this 10th day of December, 2018.

DEERE & COMPANY d/b/a
JOHN DEERE

*Defendant*

/s/Jonathan M. Levy
Anthony J. Morrone
Jonathan M. Levy
Cozen O'Connor
123 N. Wacker Drive, Suite 1800
Chicago, Illinois  60606
Tel.: (312) 382-3100
Fax: (312) 382-8910
jlevy@cozen.com
amorrone@cozen.com