# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

**FCCI INSURANCE COMPANY**

    Plaintiff,

v.                                       No. 18-cv-1327-DRH

**DEERE & COMPANY,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation for Dismissal with Prejudice filed December 10, 2018, (Doc. 10), this case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.

                                       MARGARET M. ROBERTIE
                                       CLERK OF COURT

                                       BY: /s/Alex Francis
                                       **Deputy Clerk**

APPROVED:                     Judge Herndon
                               2018.12.10
                               12:20:05 -06'00'

U.S. DISTRICT JUDGE
U. S. DISTRICT COURT